IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRINITY INDUSTRIES LEASING COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>*Defendant*. | Civil Action No. 3:23-CV-2625-X |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Trinity Industries Leasing Company and Defendant National Union Fire Insurance Company of Pittsburgh, PA hereby stipulate that this action be dismissed with prejudice, with each party bearing its own attorney's fees, costs and expenses incurred.

Dated: July 3, 2024                                      Respectfully Submitted,

| | |
|---|---|
| **HAYNES AND BOONE, LLP** | **MCDOWELL HETHERINGTON LLP** |
| */s/ Micah E. Skidmore* <br> Micah E. Skidmore <br> Texas Bar No. 24046856 <br> HAYNES AND BOONE, LLP <br> 2801 N. Harwood St., Suite 2300 <br> Dallas, Texas 75201 <br> Telephone:   (214) 651-5000 <br> Telecopier:   (214) 651-5940 <br> micah.skidmore@haynesboone.com <br><br> **ATTORNEY FOR PLAINTIFF TRINITY INDUSTRIES LEASING COMPANY** | By: */s/ Kendall J. Burr with permission* <br> Thomas F.S. Hetherington <br> State Bar No. 24007359 <br> tom.hetherington@mhllp.com <br> Kendall J. Burr <br> State Bar No. 24067533 <br> kendall.burr@mhllp.com <br> 1001 Fannin Street, Suite 2400 <br> Houston, Texas 77002 <br> T: (713) 337-8875 <br> F: (713) 337-8851 <br><br> Emily K. Felix <br> State Bar No. 24093777 <br> emily.felix@mhllp.com <br> 1000 Ballpark Way, Suite 209 <br> Arlington, Texas 76011 <br> T: (817) 635-7305 <br> F: (817) 635-7308 <br><br> **COUNSEL FOR DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that on July 3, 2024, a true and correct copy of the above and foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Micah E. Skidmore*
Micah E. Skidmore